People of State of Illinois ex rel. Gwendolyn Lyles, Plaintiff-Appellant, v. Judson E. Harriss, Acting Judge of Probate Court, et al., Defendants-Appellees.

Gen. No. 46,493. 

First District, Second Division.

April 6, 1955.

Rehearing denied April 26, 1955.

Released for publication May 23, 1955.

Michael Mann, for appellant; Marcus Levy and John F. Arnold, for appellees. Opinion by JUSTICE SCHWARTZ. Not to be published in full.